UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br>v.<br><br>MILCOR I, LLC, a Utah Limited Liability Company; and KENT MILLIGAN, an individual,<br><br>                    Defendants. | **ORDER**<br><br>No. 17-cv-11382-WHW-CLW |

**Walls, Senior District Judge**

Plaintiff Days Inns Worldwide, Inc. ("DIW") moves for a default judgment against Defendants Milcor I, LLC and Kent Milligan (together "Milcor") under Federal Rule of Civil Procedure 55. ECF No. 10. It is hereby

      ORDERED that DIW's motion for default judgment is GRANTED; and it is further

      ORDERED that the Clerk of the Court enter judgment for DIW against Milcor in the amount of $151,999.51.

DATE: 13 December 2018

William H. Walls
Senior United States District Court Judge